1011

In the Matter of ORPHEUM CIRCUIT, Inc., Bankrupt; Electrical Products Corporation of California, Creditor-Appellant; Marcus Heiman, as Trustee in Bankruptcy, Appellee.

No. 395.

Circuit Court of Appeals, Second Circuit.

July 5, 1938.

Samuel Zirn, of New York City, for creditor-appellant.

Beekman, Bogue, Leake, Stephens & Black, of New York City (Edward K. Hanlon and Milton Weiss, both of New York City, of counsel), for trustee, etc.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 23 F.Supp. 727, affirmed.

Sophia PERELSTRUS, Individually, Sophia Perelstrus and William Perelstrus, as Executors under the Last Will and Testament of Anany Perelstrus, Deceased, Plaintiffs, v. UNITED STATES LINES COMPANY, Defendant-Appellee.

No. 398.

Circuit Court of Appeals, Second Circuit.

July 5, 1938.

Haight, Griffin, Deming & Gardner, of New York City (Edgar R. Kraetzer and David L. Corbin, both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Walter X. Connor, Vernon Sims Jones, and Raymond Parmer, all of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

William PERRY et al., Appellants, v. CALIFORNIA STATE BREWERS INSTITUTE et al., Appellees.

No. 8490.

Circuit Court of Appeals, Ninth Circuit.

July 29, 1938.

Joseph E. Taylor, of San Francisco, Cal., for appellants.

E. R. Hoerchner and Brobeck, Phleger & Harrison, all of San Francisco, Cal., for appellees.

Mathew O. Tobriner, of San Francisco, Cal., for International Brotherhood of Teamsters et al.

W. H. Metson, Saul Klein, G. Raymond Dougherty, and P. H. McCarthy, Jr., all of San Francisco, Cal., for International Union of United Brewery et al.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.